

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00230-CV

———————————————

GRACE BROWN, Appellant

V.

3145 BLUE CRESCENT FW, LLC, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2021-003411-1

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant's brief was due on December 17, 2021. *See* Tex. R. App. P. 38.6. On December 28, 2021, we notified Appellant that her brief had not been filed and that her failure to file a brief violated Texas Rule of Appellate Procedure 38.6. We warned that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant filed a brief with the court along with an accompanying motion reasonably explaining the brief's untimeliness and why an extension was necessary. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). More than ten days have passed, but we have not received a response.

Because Appellant has failed to file a brief as the Rules of Appellate Procedure require, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), (c), 43.2(f).

Per Curiam

Delivered: January 27, 2022